FILED'09 AUG 12 11:19 USDC-ORP

JENNA L. MOONEY, OSB #99324
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-276-5801
Fax: 503-778-5299
Email: jennamooney@dwt.com

    Attorneys for Plaintiff

Of Counsel to:
LAW OFFICES – HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
Attorneys for Lori A. Hines
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderandbinder.com

    IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF OREGON
              AT PORTLAND

| | |
|---|---|
| **LORI A. HINES,**<br><br>        **PLAINTIFF,**<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br><br>        **DEFENDANT.** | Case No. CV07-3066-HA<br><br>**STIPULATION AND ORDER**<br>**REGARDING ATTORNEY FEES** |

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, LORI A. HINES, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff's counsel is awarded $7,499.99 (Seven Thousand Four Hundred Ninety Nine Dollars and Ninety Nine Cents) in attorney fees plus $350.00 (Three Hundred Fifty Dollars and

Page 1 – STIPULATION AND ORDER REGARDING ATTORNEY FEES

Zero Cents) in court costs in full satisfaction of any claim for fees, costs and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The costs of $350 are awarded under 28 U.S.C. § 1920.

Dated: Portland, Oregon
August 11, 2009

/s/Jenna Leigh Mooney
Jenna Leigh Mooney
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue
Suite 2300
Portland, OR 97201-5630

/s/Charles E. Binder
CHARLES E. BINDER
LAW OFFICES – HARRY J. BINDER AND
CHARLES E. BINDER, P.C.
Attorneys for Plaintiff
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: (212) 677-6801
Fax: (646) 273-2196
Email: fedcourt@binderandbinder.com

Seattle, Washington
August 11, 2009

Office of General Counsel
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075

By: /s/Mathew Pile
Mathew Pile
Special Assistant U.S. Attorney

Page 2 – STIPULATION AND ORDER REGARDING ATTORNEY FEES

**SO ORDERED:**

Dated: 8-12-09
Portland, Oregon

*[signature]*
Honorable Ancer L. Haggerty
United States District Judge

Page 3 – STIPULATION AND ORDER REGARDING ATTORNEY FEES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300