JENNA L. MOONEY, OSB #99324
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: 503-241-2300
Fax: 503-778-5299
Email: jennamooney@dwt.com

   Attorneys for Plaintiff

Of Counsel to:
LAW OFFICES – HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
Attorneys for Lori A. Hines
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: 212-677-6801
Fax: 646-273-2196
Email: fedcourt@binderandbinder.com

FILED'10 FEB 11 11:58 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| LORI A. HINES,<br><br>                PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>                DEFENDANT. | Case No. CV07-3066-HA<br><br><br>**<u>ORDER</u>** |

      The Court, having read the Petition of CHARLES E. BINDER, attorney for the Plaintiff in the above entitled case, dated the 18th day of November, 2009 for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

      **IT IS ORDERED** that attorney fees be granted in the amount of $10,576.51, which

Page 1 – ORDER

represents 25% ($18,076.50) of the past due benefits awarded to the Plaintiff, minus the previously awarded EAJA fees ($7,499.99), to CHARLES E. BINDER, petitioner.

DATED: 2-11-10

ENTER

Honorable Ancer L. Haggerty
United States District Judge

Page 2 – ORDER

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300